BEFORE THE SECOND DIVISION, JUNE 2, 1960

No. 64261.—Miller Bros. Hat Co., Inc. *v.* United States, protest 59/27899 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

No. 64262.—Elvic Import Corp. et al. *v.* United States, protests 228040-K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiffs was sustained.